No. 72–470.  SLAYTON, PENITENTIARY SUPERINTEND-
ENT *v.* HAIRSTON.  C. A. 4th Cir.  Motion of respondent
for leave to proceed *in forma pauperis* granted.  Cer-
tiorari denied.

No. 72–1113.  PENNSYLVANIA *v.* LOPINSON.  Sup. Ct.
Pa.  Motion of respondent for leave to proceed *in forma
pauperis* granted.  Certiorari denied.

No. 72–1323.  NORVELL, WARDEN *v.* JONES ET AL.
C. A. 6th Cir.  Motion of respondents for leave to pro-
ceed *in forma pauperis* granted.  Certiorari denied.

No. 72–1054.  TYLER JUNIOR COLLEGE ET AL. *v.* LANS-
DALE ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUS-
TICE DOUGLAS would grant certiorari.

No. 72–1145.  NEWSOME *v.* UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 72–1152.  CEMENT MASONS UNION LOCAL 337,
OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNA-
TIONAL ASSOCIATION OF UNITED STATES & CANADA, AFL–
CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.
C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS
would grant certiorari.

No. 72–1194.  KAHN ET UX. *v.* UNITED STATES.  C. A.
7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 72–1220.  RICHARDSON *v.* HAMILTON INTERNA-
TIONAL CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.
MR. JUSTICE DOUGLAS would grant certiorari.